

FILED
2012 Oct-31  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel ONE STOP ENVIRONMENTAL, ) <br> LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESTCHESTER FIRE ) <br> INSURANCE COMPANY, ) <br> ) <br>     Defendant. ) | **Civil Action File No.** <br> **CV-12-PWG-2742-NE** |

## NOTICE OF DEFENDANT'S SERVICE OF INITIAL DISCLOSURES

COMES NOW Defendant Westchester Fire Insurance Company ("Westchester") and in compliance with Fed. R. Civ. P. 5(d) and Local Rule 5.1, provides notice that Defendant has served Plaintiff with the following:

**DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY'S INITIAL DISCLOSURES**

The undersigned certifies that Defendant's Initial Disclosures were served on all parties to this action, or their attorneys of record, on this 31st day of October, 2012, via electronic mail and U.S. mail postage prepaid, as follows:

1137639.1

Charles A. Burkhart
L. Conrad Anderson IV
BALCH & BINGHAM, LLP
1901 6th Avenue North, Suite 1500
Birmingham, Alabama 35203

This 31st day of October, 2012.

        **FOLTZ MARTIN HUDSON & KNAPP, LLC**

        /s/ Brad C. Parrott
        Brad C. Parrott
        Georgia Bar No. 595999
        Andrew W. Eaton
        Georgia Bar No. 558940

3525 Piedmont Road
Five Piedmont Center, Suite 750
Atlanta, Georgia  30305
Telephone:  (404)231-9397
Facsimile:  (404)237-1659
*Attorneys for Defendant*

1137639.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **ex rel ONE STOP ENVIRONMENTAL,** ) | |
| **LLC,** ) | |
| ) | |
| Plaintiff, ) | **Civil Action File No.** |
| ) | **CV-12-PWG-2742-NE** |
| **v.** ) | |
| ) | |
| **WESTCHESTER FIRE** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed this **NOTICE OF DEFENDANT'S SERVICE OF INITIAL DISCLOSURES** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

Charles A. Burkhart
L. Conrad Anderson IV
BALCH & BINGHAM, LLP
1901 6th Avenue North, Suite 1500
Birmingham, Alabama 35203

This 31st day of October, 2012.

                                   **FOLTZ MARTIN HUDSON & KNAPP, LLC**

                                   /s/ Brad C. Parrott
                                   Brad C. Parrott
                                   Georgia Bar No. 595999
                                   Andrew W. Eaton
                                   Georgia Bar No. 558940

3525 Piedmont Road
Five Piedmont Center, Suite 750
Atlanta, Georgia  30305
Telephone:  (404)231-9397
Facsimile:  (404)237-1659
*Attorneys for Defendant*