# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel ONE STOP ENVIRONMENTAL, )<br>LLC, )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>WESTCHESTER FIRE )<br>INSURANCE COMPANY and )<br>NCM DEMOLITION REMEDIATION, )<br>L.P., )<br>  )<br>   Defendants. ) | Civil Action File No.<br>CV-12-PWG-2742-NE |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the Plaintiff and Defendants in this action and pursuant to Rule 41(a)(1)(ii) of the *Federal Rules of Civil Procedure*, have reached a final agreement and stipulate to the dismissal of all claims asserted by the parties in this action, with prejudice, with each party to bear their own costs and any other costs to be taxed as paid.

Respectfully submitted this 30th day of January, 2013.

| | |
|---|---|
| /s/ Charles A. Ray, IV<br>CHARLES A. RAY, IV<br>Attorney for Westchester Fire<br>Insurance Company<br>MAPLES & RAY, PC<br>401 Holmes Ave., Suite H<br>Huntsville, AL 35801<br>(256) 489-9779 – Telephone<br>(256) 489-9720 – Facsimile<br>cray@maplesandray.com | /s/Charles A. Burkhart<br>CHARLES A. BURKHART<br>Attorney for One Stop<br>Environmental, LLC<br>BALCH & BINGHAM, LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203<br>(205) 226-8753 – Telephone<br>(205) 488-5689 – Facsimile<br>cburkhart@balch.com |
| /s/ Brad C. Parrott<br>BRAD C. PARROTT<br>Attorney for Westchester Fire Insurance<br>Company & NCM Demolition<br>Remediation, L.P.<br>FOLTZ MARTIN HUDSON & KNAPP, LLC<br>Five Piedmont Center, Suite 750<br>Atlanta, Georgia 30305<br>(404) 231-9397 – Telephone<br>(404) 237-1659 – Facsimile<br>BParrott@FoltzMartin.com | /s/L. Conrad Anderson, IV<br>L. CONRAD ANDERSON, IV<br>Attorney for One Stop<br>Environmental, LLC<br>BALCH & BINGHAM, LLP<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203<br>(205) 226-8753 - Telephone<br>(205) 488-5689 - Facsimile<br>canderson@balch.com |

1118721.1