# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** **ex rel ONE STOP ENVIRONMENTAL, LLC.,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | 5:12-cv-02742-MHH |
| **WESTCHESTER FIRE INSURANCE COMPANY and NCM DEMOLITION REMEDIATION, L.P.,** | ) ) ) ) | |
| **Defendants.** | ) | |

## **ORDER**

The parties in the above-styled cause filed a joint stipulation of dismissal (doc. 19), reciting that they have reached a settlement agreement and jointly stipulate to the dismissal of this action with prejudice. The joint stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Based on the parties' joint stipulation, it is ordered that the above-styled action and all claims contained therein are DISMISSED WITH PREJUDICE. Each party is to bear its own costs.

The Clerk is DIRECTED to close the file.

DONE, this the 1st day of February, 2013.

_/s/ Madeline H. Haikala_
MADELINE HUGHES HAIKALA
U.S. MAGISTRATE JUDGE